FILED

2012 JUL 23  AM 11: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY ___NC___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| ~~Linda~~   PLAINTIFF(S) | 12-1758M |
| v. | |
| TAYYIB ALI MUNIR<br>re<br>Ali Tayyib munir   DEFENDANT(S). | **AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __Complaint__
in the __Eastern__ District of __New York__ on __Jan 23, 2012__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __April 2010 - Jan 2012__
in violation of Title __18__ U.S.C., Section(s) __1349__
to wit: __Securities Fraud__

A warrant for defendant's arrest was issued by: __Viktor V Pohorelsky__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __07/23/2012__, by
__Neere Genlepen__ *SEAL*, Deputy Clerk.

__/s/__                                __SA Ashley Bijnoch__
Signature of Agent                     Print Name of Agent

__FBI__                                __Special Agent__
Agency                                 Title

---

CR-52 (05/98)        AFFIDAVIT RE OUT-OF-DISTRICT WARRANT